IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CARBO CERAMICS INC., | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § | CIVIL ACTION NO. 5:14-cv-00896 |
| FINEWAY INC., | | |
| Defendant. | | |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff CARBO Ceramics Inc. ("CARBO") files this Motion to Dismiss with Prejudice and respectfully shows the Court the following:

All matters in controversy in the above-styled cause between CARBO and FineWay Inc. ("FineWay") have been compromised, and CARBO desires to dismiss with prejudice its claims against FineWay in this case.

WHEREFORE, PREMISES CONSIDERED, CARBO Ceramics Inc. respectfully requests that the Court dismiss with prejudice all claims by CARBO against FineWay, and that all taxable court costs and attorneys' fees be paid by the party incurring same.

Respectfully submitted,

WINSTEAD PC

By:   /s/ Tom Van Arsdel
    Tom Van Arsdel
    State Bar No. 24008196
    Federal Bar No. 23492
    tvanarsdel@winstead.com
JPMorgan Chase Tower
600 Travis, Suite 1100
Houston, Texas 77002
(713) 650-8400 (Telephone)
(713) 650-2400 (Facsimile)
**ATTORNEY-IN-CHARE FOR PLAINTIFF
CARBO CERAMICS INC.**