IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| CARBO CERAMICS, INC. § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | No. SA-14-CA-896 |
| § | |
| FINEWAY, INC. § | |
| § | |
| Defendant § | |
| § | |

### ORDER OF DISMISSAL

Came on to be considered the Plaintiff's motion to dismiss with prejudice (Docket No. 3) notifying the Court that the parties have compromised their differences and that it wishes to dismiss the complaint against Defendant. The Court, having considered the motion, finds that the following orders should be entered.

IT IS ORDERED that the Plaintiff's motion to dismiss (Docket No. 3) be, and it is hereby, GRANTED.

IT IS FURTHER ORDERED that this cause be, and it is hereby, DISMISSED with prejudice, with each party to bear its own costs.

SIGNED AND ENTERED this 5th day of February, 2015.

_____
HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE